UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| REQUEST FOR JUDICIAL ) | |
| ASSISTANCE FROM THE NATIONAL ) | |
| FIRST INSTANCE COURT IN LABOR ) | |
| MATTERS NO. 30 IN BUENOS AIRES, ) | Misc. No. |
| ARGENTINA IN THE MATTER OF ) | |
| CARLOS ALBERTO ROSERO ) | |
| RIASCOS V. DISTRIBUIDORA ) | |
| CUMMINS, ET AL. ) | |

### *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

Erica H. MacDonald, United States Attorney for the District of Minnesota, by the undersigned Assistant United States Attorney, Andrew Tweeten, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Andrew Tweeten, Assistant United States Attorney, as Commissioner for the purposes of obtaining documents from Wells Fargo Shareowner Services ("Wells Fargo"). Certain information has been requested by the National First Instance Court in Labor Matters No. 30 in Buenos Aires, Argentina ("Argentine Court"), pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding captioned: *Carlos Alberto Rosero Riascos v. Distribuidora Cummins, et al.*, Ref No. 2896/16.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed

Order is also provided for the convenience of the Court.

Dated: October 23, 2018	Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

s/ Andrew Tweeten

BY:  ANDREW TWEETEN
Assistant U.S. Attorney
Attorney ID Number 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
andrew.tweeten@usdoj.gov