UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| REQUEST FOR JUDICIAL ) | |
| ASSISTANCE FROM THE NATIONAL ) | |
| FIRST INSTANCE COURT IN LABOR ) | |
| MATTERS NO. 30 IN BUENOS AIRES, ) | Misc. No. |
| ARGENTINA IN THE MATTER OF ) | |
| CARLOS ALBERTO ROSERO ) | |
| RIASCOS V. DISTRIBUIDORA ) | |
| CUMMINS, ET AL. ) | |

## [PROPOSED] *EX PARTE* ORDER

WHEREAS, the United States, by its counsel, Erica H. MacDonald, United States Attorney for the District of Minnesota, by Andrew Tweeten, Assistant United States Attorney for the District of Minnesota, on behalf of the National First Instance Court in Labor Matters No. 30 in Buenos Aires, Argentina, in *Carlos Alberto Rosero Riascos v. Distribuidora Cummins, et al.,* Ref No. 2896/16, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the National First Instance Court in Labor Matters No. 30 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the National First Instance Court in Labor Matters No. 30 in Buenos Aires, Argentina: in *Carlos Alberto Rosero Riascos v. Distribuidora Cummins, et al.,* seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Andrew Tweeten, Assistant United States Attorney for the District of Minnesota, hereby is appointed as Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National First Instance Court in Labor Matters No. 30 in Buenos Aires, Argentina: in *Carlos Alberto Rosero Riascos v. Distribuidora Cummins, et al.*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo, Mendota Heights, Minnesota, with a copy of this Order and the accompanying documents.

This the ____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE